

# Fourth Court of Appeals
## San Antonio, Texas

April 5, 2018

No. 04-17-00618-CV

Dina P. **CISNEROS-BONNETTE,**
Appellant

v.

Emcel P. **BONNETTE,** Jr.,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-11830
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Appellant's Brief is hereby GRANTED. Time is extended to May 2, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of April, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court